UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 15-30695
EARL BAPTIST )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1. The Debtor is granted leave to obtain financing in the amount up to $18,000, up to 20% APR, and with maximum monthly payments of $450.00 for the purchase of a 2013 Chevrolet Malibu or like vehicle.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: May 17, 2016

**Prepared by:**

Benjamin D. Rios, A.R.D.C. #6317063
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090