UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>EARL L. BAPTIST,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  15-30695<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

The Plan is modified to defer the current default in plan payments.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   २ 1 AUG 2018

**Prepared by:**
Michael R. Colter, II, Esq. A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

Rev: 20170105_bko