# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Earl L Baptist | ) | Chapter 13 |
| | ) | Case No. 15 B 30695 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Earl L Baptist
13201 N 21st Pl Apt 2
Phoenix, AZ  85022

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On September 24, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, September 7, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 08, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 17, 2015, for a term of 36 months with payments of $200.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 48 | $8,900.09 | $8,438.43 | $461.66 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 09/06/2019
Due Each Month: $200.00
Next Pymt Due: 09/08/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/17/2018 | 278807 | $92.30 | 12/31/2018 | 281694 | $92.30 |
| 01/14/2019 | 283893 | $92.30 | 01/24/2019 | 286594 | $92.30 |
| 02/11/2019 | 289007 | $92.30 | 02/25/2019 | 291949 | $92.30 |
| 03/11/2019 | 294756 | $92.30 | 04/08/2019 | 299849 | $92.30 |
| 07/19/2019 | ;P PHOENIX INC | $92.31 | 08/02/2019 | ;P PHOENIX INC | $92.31 |
| 08/16/2019 | ;P PHOENIX INC | $92.31 | 08/30/2019 | ;P PHOENIX INC | $92.31 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE