**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Earl Baptist, | ) | Case No. 15-30695 |
| | ) | |
| Debtor(s). | ) | Judge GOLDGAR |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her/his stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

  JUDGE:   Goldgar
  ROOM:    642
  DATE:    November 5, 2019
  TIME:    9:30 AM

## PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before October 14, 2019, at 5:00 p.m., with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

                               /s/ Alexander Preber
                               Alexander Preber, A.R.D.C. #6324520
                               Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Earl Baptist
6 S. 31st Avenue
Phoenix, AZ 85019

Commonwealth Edison
Bankruptcy Department
3 Lincoln Center
Oak Brook Terrace, IL 60181-4204

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

City Of Chicago Department Revenue
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Atlas Acquisitions LLC (St. Armands Group)
294 Union St.
Hackensack, NJ 07601

Capital One Bank (USA), N.A.
American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Money Messiah
P.O. Box 1469
Khanawake, QC
JOL 1B0

Sprint Corp
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Navient Solutions, Inc.
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

LVNV Funding, LLC its successors and assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Porania LLC
c/o BIltmore Asset Management
24500 Center Ridge Rd Ste 472
Westlake, OH 44145

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Earl Baptist, | ) | Case No. 15-30695 |
| | ) | |
| Debtor(s). | ) | Judge GOLDGAR |

### MOTION TO MODIFY CHAPTER 13 PLAN

NOW COME the debtor, EARL BAPTIST, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On September 8, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on November 17, 2015. Marilyn O. Marshall was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $200.00 for an initial plan term of 36 months, with payments to the General Unsecured Creditors of at least 10% of their allowed claims.

4) The Debtor has paid $8,623.05 into his Chapter 13 plan over the 49 months since the case was filed.

5) The Debtor is currently in default in the amount of $461.66.

6) The estimated principal balance is $532.65.

7) The Debtor fell behind because he moved to Arizona and used funds for moving expenses. He had a lapse of income during the move and job switch.

8) The Debtor is back to work, and can maintain current monthly plan payments, but he cannot afford to get caught up on the default.

9) Debtor asks that the good faith payment be waived because payroll control has resumed.

10)        The Debtor proposes to modify his Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing his Chapter 13 plan.

11)        Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay General, Unsecured Creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, EARL BAPTIST, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Alexander Preber_____
Alexander Preber, A.R.D.C. #6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100